**Sharon Kathleen DODSON and Charles G. Dodson, Movants,**

v.

**Ronald W. HARGETT and State Farm Mutual Automobile Insurance Co., Respondents.**

Supreme Court of Kentucky.

April 22, 1980.

Michael A. Owsley, English, Lucas, Priest & Owsley, Bowling Green, for movants.

William J. Rudloff, Harlin, Parker & Rudloff, G. D. Milliken, Jr., Milliken & Milliken, Bowling Green, for respondents.

OPINION AND ORDER

The Court, having considered the briefs of movants and respondents and having heard oral argument in this matter, is of the opinion that discretionary review was improvidently granted.

This Court's order 591 S.W.2d 373 granting discretionary review is vacated and the case is remanded to the Court of Appeals for the issuance of its mandate.

All concur.

ENTERED April 22, 1980.

/s/ John S. Palmore
Chief Justice

See also: Ky.App., 597 S.W.2d 151.